BEFORE THE FIRST DIVISION, MARCH 18, 1958

**No. 61688.**—Max Eckardt & Sons, Inc. *v.* United States, protests 298681–K and 302426–K (New York).

Opinion by OLIVER, C. J.  In accordance with oral stipulation of counsel that the articles in question are, in fact, crib or nativity sets, and "that the enumerated articles chargeable with duty which they most resemble are crib sets made of papier mâché," the claim of the plaintiff was sustained.